# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1632 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 130 DB 2010 |
| v. | : | |
| | : | Attorney Registration No. 43657 |
| ROBERT M. DANENBERG, | : | |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 16th day of December, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 20, 2014; it is hereby

ORDERED that Robert M. Danenberg is suspended from the Bar of this Commonwealth for a period of five years retroactive to September 27, 2010, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.